DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

THE ESTATE OF ROSE CITO, by and through Kathleen Cito, personal
representative,

Appellant,

v.

BEAR CREEK NURSING CENTER, LLC; HEALTH SERVICES
MANAGEMENT, INC.; NHI-REIT OF FLORIDA, LLC; HEALTH SERVICES
MANAGEMENT OF FLORIDA, LLC; and ANNA-MARIE ALMA OWENS-
WICKER (as to Bear Creek Nursing Center),

Appellees.

No. 2D2023-2241

———————————————

April 19, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Pasco
County;  Declan P. Mansfield, Judge.

Lisa M. Tanaka of Wilkes & Associates, P.A., Tampa, for Appellant.

Marie A. Borland, Ethen R. Shapiro, and Connolly C. McArthur of Hill
Ward Henderson, P.A., Tampa, for Appellees.


PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior publication.